UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BAILEY, | Case No. EDCV 09-1437-RC |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: August 24, 2010    /S/ ROSALYN M. CHAPMAN
                                       ROSALYN M. CHAPMAN
                              UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-1437.jud
8/24/10